No. 314. AMERICAN CAN CO. *v.* BRUCE'S JUICES, INC. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed on motion of counsel for the petitioner. *Charles A. Horsky* and *Gerhart A. Gesell* for petitioner.

No. 177, Misc. HACKNEY *v.* WARREN. Motion for leave to file petition for writ of habeas corpus denied.

No. 247. SAWYER, SECRETARY OF COMMERCE, ET AL. *v.* DOLLAR ET AL.; and
No. 248. IN RE KILLION. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Attorney General McGrath* and *Solicitor General Perlman* for petitioners in No. 247. *Arthur B. Dunne* for petitioner in No. 248. *Herman Phleger, Gregory A. Harrison, Moses Lasky, Edmund L. Jones* and *Howard Boyd* for respondents.

No. 349. FIRST NATIONAL BANK OF CHICAGO, EXECUTOR, *v.* UNITED AIR LINES, INC. C. A. 7th Cir. Certiorari granted. *John H. Bishop* for petitioner. *Howard Ellis* for respondent.

No. 315. ALEUTIAN LIVESTOCK CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ernest L. Wilkinson, Ray R. Murdock* and *Keith L. Seegmiller* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.